IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eileen M. Glick,

Plaintiff,

v.

U.S. Toy Co., Inc.,

Defendant.

Case No. 00–CV–434 JMR/FLN

**STIPULATION AND ORDER**

---

**WHEREAS** plaintiff, Eileen M. Glick, has filed a Complaint against defendant, U.S. Toy Co., Inc., in the above–captioned matter; and

**WHEREAS** plaintiff and defendant, through their respective undersigned counsel, have agreed that defendant shall have an extension until April 3, 2000 by which to respond to plaintiff's Complaint;

**IT IS HEREBY STIPULATED AND AGREED** that plaintiff and defendant, through their respective undersigned counsel, hereby stipulate and agree that defendant shall serve and file its response to plaintiff's Complaint on or before April 3, 2000.

FILED MAR 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**AGREED TO:**

Dated: March 21, 2000

Steven J. Keough ~~(33190)~~ 189,777
Randall T. Skaar ~~(42151)~~ 154,498
Eric H. Chadwick (~~41664~~) 248,769
PATTERSON & KEOUGH PA
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-5740

Attorneys for Plaintiff,
EILEEN M. GLICK

Dated: March 21, 2000

Jeffer Ali (247947)
MERCHANT & GOULD P.C.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 332-5300

Attorneys for Defendant,
U.S. TOY CO, INC.

Of Counsel:

Michael Yakimo
CHASE & YAKIMO L.C.
4400 College Boulevard
Suite 130
Overland Park, KS 66211
(913) 339-9666

**IT IS SO ORDERED** this 22 day of March 2000.

Franklin L. Noel
United States Magistrate Judge