IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**EILEEN M. GLICK,**

**Plaintiff,**

**v.**

**U.S. TOY CO., INC.,**

**Defendant.**

**Case No. 00-CV-434 JMR/SRN**

**ORDER**

---

Eric H. Chadwick, Esq. on behalf of Plaintiff.

Jeffer Ali, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter was heard by Magistrate Judge Nelson on September 14, 2000, on multiple motions by both Plaintiff and Defendant. Plaintiff brought a Motion to Set a Claim Construction Hearing and a Motion to Compel Answers to Interrogatories, specifically Nos. 1, 6, 7, and 10. Defendant brought a Motion to Amend the Answer to include an "on sale bar" defense and a "prior use" defense. Defendant also brought a Motion to Compel Answers to Interrogatories, specifically Nos. 1, 2, 3, 4, 6, 7(a) and 7(b), and requested that the Court award fees under Fed.R.Civ.P. 37(a)(4)(A).

At the hearing it was apparent that the parties did not adequately meet and confer to discuss



FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

their discovery differences. The parties agreed, during the hearing, that Defendant's request for answers to interrogatory Nos. 1 and 2 was moot. The parties also agreed that Defendant could amend the Answer to include an "on sale bar" defense. The Court considers these requests moot because the parties have stipulated as to their resolution.

As to the remaining motions **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Answers to Interrogatories Nos. 1, 6, 7, and 10 [Docket 25] is **GRANTED**;

2. Plaintiff's Motion to Set a Claim Construction Hearing [Docket 28] is **GRANTED** and the parties are ordered to contact Judge Rosenbaum's chambers to set a time for an early "Markman": hearing;

3. Defendant's Motion to Amend the Answer to include an "on-sale bar" defense [Docket 17] is **DENIED AS MOOT**;

4. Defendant's Motion to Amend the Answer to include a "prior use" defense [Docket 17] is **GRANTED**;

5. Defendant's Motion to Compel Answers to Interrogatories [Docket 22] is:
   **DENIED AS MOOT** as to Nos. 1 and 2;
   **GRANTED** as to Nos. 3 and 7(b) to the extent that the information is not privileged;
   **GRANTED** as to No. 4;
   **DENIED** as to Nos. 6 and 7(a);

6. Defendant's request for fees pursuant to Fed.R.Civ.P. 37(a)(4)(A) is **DENIED**.

**The Court also orders the parties to meet and confer on the timing and substance of any further discovery required before the early "Markman" hearing.**

Dated: October 17, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge